IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
9/20/2024
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
    DEPUTY CLERK

| | |
|---|---|
| STACY MEDINA-SANCHEZ and TAMIKA LYLE, individually and behalf of themselves, and on behalf of all others similarly situated, et al., <br><br> Plaintiffs, <br> v. <br><br> APPLE VIR LLC, <br><br> Defendant. | Case No. 6:24CV00005 |

**ORDER GRANTING AGREED MOTION TO STAY SCHEDULING DEADLINES**

Pursuant to Rule 60(d) of the Fed. R. Civ. P., finding good cause, the Court hereby **GRANTS** Plaintiffs Stacy Medina-Sanchez and Tamika Lyle ("Plaintiffs") and Defendant Apple VIR LLC ("Defendant") Agreed Motion to Stay Scheduling Deadlines.

The deadlines in the Pretrial Order (Dkt. 19) are hereby stayed until after the completion of the mediation scheduled in this matter for September 30, 2024 before the Honorable Magistrate Judge Memmer. Should the Parties not settle at mediation, the Parties shall file, no later than October 11, 2024, a motion for a new Pretrial Order to account for the brief stay of the deadlines in the current order.

It is so **ORDERED**.

Entered: September 20, 2024

_____
Honorable C. Kailani Memmer
U.S. Magistrate Judge