UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| STACEY MEDINA-SANCHEZ and TAMIKA LYLE, individually on behalf of themselves, and on behalf of all others similarly situated, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE VIR LLC, <br><br> Defendant. | **Civil Action No. 6:24-cv-5** |

## PLAINTIFFS' MOTION FOR NEW PRETRIAL ORDER

COMES NOW, Plaintiffs, individually and on behalf of themselves and all others similarly situated ("Plaintiffs" or "Plaintiffs and the Putative Collective Members"), and, pursuant to Dkt. No. 26, hereby move for a new Pretrial Order as the Parties did not reach a settlement at mediation (Dkt. No. 28).

Date:   October 7, 2024

                                                                   Respectfully Submitted,

                                                                   STACEY MEDINA-SANCHEZ
and TAMIKA LYLE individually and on behalf of all others
similarly situated,

By:   /s/
Brittany M. Haddox (VSB No. 86416)
L. Leigh Rhoads (VSB No. 73355)
VIRGINIA EMPLOYMENT LAW
4227 Colonial Avenue
Roanoke, VA 24018
Tel: (540) 283-0802
brittany@vaemployment.law
leigh@vaemployment.law

                                        Craig J. Curwood (VSB No. 43975)
                                        Zev H. Antell (VSB No. 74634)
                                        BUTLER CURWOOD, PLC
                                        140 Virginia Street, Suite 302
                                        Richmond, Virginia 23219
                                        Tel: (804) 648-4848
                                        craig@butlercurwood.com
                                        zev@butlercurwood.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 7, 2024, the foregoing was filed on the Court's electronic CM/ECF system, which will send a copy to all counsel of record.

                                                        */s/ Brittany M. Haddox*
                                                       Brittany M. Haddox